101 F.3d 690
 General Refractories Company, Grefco, Inc., American
Refractories Company
v.
American Mutual Liability Insurance Company, Great Lakes
Carbon; General Refractories Company, Grefco, Inc., America
Refractories Company, Chemrock Corporation v. Travelers
Insurance Company, American Mutual Liability Insurance
Company, Liberty Mutual Insurance Company v. National Union
Fire Insurance Company of Pittsburgh, Pa.
 NO. 95-2112
 United States Court of Appeals,
Third Circuit.
 Oct 30, 1996
 
 1
 Appeal From: E.D.Pa., Nos. 88-02167, 88-02250
 
 
 2
 REVERSED.